**Sylvester OWINO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 06–74297.

United States Court of Appeals,
Ninth Circuit.

Aug. 4, 2009.

Sylvester Owino, pro se.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Petitioner.

CAS–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Richard M. Evans, Esquire, Assistant Director, Andrew Jacob Oliveira, Esquire, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, FISHER and GOULD, Circuit Judges.

ORDER

The memorandum disposition, filed July 8, 2009, —— Fed.Appx. ——, 2009 WL 2019327, is withdrawn. A superseding per curiam opinion will be filed concurrently

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

with this order. The mandate shall issue forthwith. *See* Fed. R.App. P. 41(b).